FILED

2018 JUN 14 AM 9: 24

# UNITED STATES DISTRICT COURT
Western District of Texas
File Number : EP 18-cv-0114- PRM

GILBERT DOMINGUEZ,

Plaintiff

v.

OCWEN LOAN SERVICING, LLC, et al

Defendant(s)

**NOTICE OF APPEAL**

    Notice is hereby given that GILBERT DOMINGUEZ, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 8th Circuit, from the Judgment in a Civil Action entered in this action on the 31st day of May, 2018.

_____

GILBERT DOMINGUEZ

Plaintiff, In Pro Per

Address: 828 Via Descanso Drive, El Paso, TX 79912

PROOF OF SERVICE BY FIRST CLASS MAIL

COUNTY OF EL PASO

STATE OF TEXAS

I am a citizen of the United States, and a resident of El Paso County, Texas.  I am over 18 years of age, and I am not a party to the within entitled action (USDC Case No. EP-18 cv-0114 ).

On 06/13/2018,

I served a copy of the motion, herewith specified as "NOTICE OF APPEAL", by placing a true copy thereof, enclosed in a sealed envelope with postage fully prepaid, in the United States mail at El Paso, TX, addressed as follows:

OCWEN LOAN SERVICING, LLC / DEUTSCHE BANK NATIONAL TRUST CO.

C/O R. Wayne Danner, AAL, 6688 N. Central Expressway, # 400, Dallas, TX  75206

I declare, to the best of my knowledge and belief, that the foregoing is true and correct.
Signed:

06/13/2018